**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00515-AP

MARIA V. CARBAJAL,

                Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.   APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Ann J. Atkinson<br>Attorney at Law<br>7960 South Ireland Way<br>Aurora, CO 80016<br>Telephone: (303) 680-1881<br>AtkinsonAJ@aol.com | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br><br>MICHAEL S. HOWARD<br>Special Assistant U. S. Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, CO 80202<br>Telephone: (303) 844-7192<br>michael.howard@ssa.gov |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.   **Date Complaint Was Filed:** March 2, 2011.
    B.   **Date Complaint Was Served on U.S. Attorney's Office:** March 4, 2011.
    C.   **Date Answer and Administrative Record Were Filed:** April 22, 2011.

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of her knowledge, the record is complete.
**Defendant states:** To the best of his knowledge, the record is complete.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**   None anticipated.
**Defendant states:**  None anticipated.

6. **STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

7. **OTHER MATTERS**

None.

8. **BRIEFING SCHEDULE**

    A.   **Plaintiff's Opening Brief Due:** June 11, 2011.
    B.   **Defendant's Response Brief Due:** July 11, 2011.
    C.   **Plaintiff's Reply Brief (If Any) Due:** July 26, 2011.

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.   **Plaintiff's Statement:** Plaintiff does not request oral argument.
    B.   **Defendant's Statement:** Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 12th day of May, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Ann J. Atkinson<br>Ann J. Atkinson<br>Attorney at Law<br>7960 South Ireland Way<br>Aurora, CO 80016<br>Telephone: (303) 680-1881<br>AtkinsonAJ@aol.com | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br><br>By: s/Michael S. Howard<br>     MICHAEL S. HOWARD<br>     Special Assistant U. S. Attorney<br>     Office of the General Counsel<br>     Social Security Administration<br>     1001 Seventeenth Street<br>     Denver, CO 80202<br>     Telephone: (303) 844-7192<br>     michael.howard@ssa.gov<br>     Attorneys for Defendant. |