IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00515-CMA

MARIA VICTORIA CARBAJAL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING ATTORNEY FEE AWARD
PURSUANT TO 28 U.S.C. § 2412(d)**

---

This matter is before the Court on the parties' Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) (Doc. # 29), filed January 31, 2012.  Having reviewed the motion and file, the Court ORDERS as follows:

1. The parties' Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d) is GRANTED; and

2. The Defendant shall pay to Plaintiff reasonable attorney fees in the amount of **$4,893.99**.  This award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to section 206(b) of

the Social Security Act (42 U.S.C. §406(b)) subject to the offset provisions of the EAJA.

3. That payment shall be made payable to the Plaintiff and delivered to Plaintiff's counsel (see Astrue v. Ratliff, 130 S.Ct. 25621 (2010)), subject to the Treasury Offset program (31 U.S.C. §3716(c)(3)(B) (2006)).

4. If it is determined upon effectuation of this Order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and the Commissioner agrees to accept the assignment, the fee awarded herein shall be made payable to Plaintiff's attorney. If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

DATED: February __06__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2