**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00515-CMA

MARIA VICTORIA CARBAJAL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING ATTORNEY FEES**

---

This matter is before the Court on Plaintiff's Unopposed Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. # 31).  Having reviewed the motion and case file, the Court hereby

ORDERS that the Motion for Attorney Fees (Doc. # 31) is GRANTED.  Pursuant to 42 U.S.C. § 406(b), Attorney Ann J. Atkinson is awarded attorney's fees in the amount of $7,930.25, which shall be paid directly to Ann J. Atkinson, Attorney at Law, from the monies being held by the Defendant from the Plaintiff's past-due benefits under both Titles II and XVI. Upon payment of this fee, Ms. Atkinson shall refund $4,893.99 (*i.e.*, the EAJA fee awarded in this case) to Maria Victoria Carbajal, pursuant to *Gisbrecht v. Barnhart*, 535 U.S. 789, 152 L.2d.2d 996, 122 S.Ct. 1817 (2002).

DATED:  July   11  , 2013

                                                     BY THE COURT:

                                                     */s/ Christine M. Arguello*
                                                     _____
                                                     CHRISTINE M. ARGUELLO
                                                     United States District Judge